UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the October 1, 2005
TARVER/JONES II Program,

                          Plaintiff,

-against-

RICHARD VASQUEZ, Individually and d/b/a
RIGHT NEXT DOOR BARBER SHOP a/k/a
NEXT DOOR BARBER SHOP, and RIGHT
NEXT DOOR BARBER SHOP a/k/a NEXT
DOOR BARBER SHOP,

                          Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV-0335 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

An Order of Honorable Frederic Block, United States District Judge, having been filed on September 7, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated July 21, 2006, without *de novo* review of the record; and directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $4,125.00, comprised of $2,500.00 in statutory damages, and $1,625.00 in attorney's fees and costs; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the October 1, 2005, Tarver/Jones II Program, and against defendants, Richard Vasquez, Individually and d/b/a Right Next Door Barber Shop a/k/a Next Door Barber Shop, and Right Next Door Barber Shop a/k/a Next Door Barber Shop, jointly and severally, in the amount of $4,125.00, comprised of $2,500.00 in statutory damages, and $1,625.00 in attorney's fees and costs.

Dated: Brooklyn, New York
        September 07, 2006

                                                                       ROBERT C. HEINEMANN
                                                                       Clerk of Court